AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SHON ROWELL

## WARRANT FOR ARREST

CASE NUMBER: MJ 04·§O9·MBB

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SHON ROWELL _____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of ammunition

in violation of Title _____ 18 _____ United States Code, Section(s) 922(g)(1) _____

| MARIANNE B. BOWLER | CHIEF U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Marianne B. Bowler USMJ | April 7, 2004 @ 11:40AM @ Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____                    by _____
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.