AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

| UNITED STATES V. SHON ROWELL | **EXHIBIT AND WITNESS LIST** <br> Case Number: MJ# 04-809-MBB |
|---|---|

| PRESIDING JUDGE <br> BOWLER | PLAINTIFF'S ATTORNEY <br> DONALD CABELL | DEFENDANT'S ATTORNEY <br> WILLIAM BROWN |
|---|---|---|
| TRIAL DATE (S) <br> 4/12/04 | COURT REPORTER <br> DIGITAL | COURTROOM DEPUTY <br> SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4/12/04 |  |  | LISA RUDNICKI w/ A.T.F.; for the Government |
| 1 |  | 4/12/04 | X | X | Search Warrant issued by the Roxbury District Court |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages