AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SHON ROWELL

# WARRANT FOR ARREST

CASE NUMBER: MJ 04-808-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ⎯⎯⎯⎯ SHON ROWELL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of ammunition

in violation of
Title _____ 18 _____ United States Code, Section(s) 922(g)(1)

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler USMJ
Signature of Issuing Officer

CHIEF U.S. MAGISTRATE JUDGE
Title of Issuing Officer

April 7, 2004 @ 11:40AM @
Date and Location                    Boston, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.