UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>)<br>)<br>SHON ROWELL                    )<br>) | **04 CR 1 0 1 6 4 DPW**<br>CRIMINAL NO.<br>VIOLATION:<br>18 U.S.C. § 922(g)(1)<br>Felon in Possession of<br>Ammunition |

## INDICTMENT

COUNT ONE:   (18 U.S.C. §922(g)(1) - Felon in Possession Ammunition)

The Grand Jury charges that:

On or about March 1, 2004, at Boston, in the District of Massachusetts,

SHON ROWELL

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit: five rounds of Remington Peters 9mm ammunition, two rounds of Federal 9mm ammunition, one round of Winchester 9mm ammunition, and one round of Smith and Wesson 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/ Jere Burke*
FOREPERSON OF THE GRAND JURY


*/s/ Del Cabell*
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                    May 26, 2004 @ 1:15 PM


Returned into the District Court by the Grand Jurors and filed.


*/s/ Bex Brown*
Deputy Clerk