## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                      CR. NO. 04-10164-DPW

SHON ROWELL

### ***NOTICE***

June 8, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 3:45 p.m., Tuesday, June 15, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                        /s/
                                          **MARIANNE B. BOWLER**
                                          Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*  PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**