UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 04-10164-DPW |
| SHON ROWELL | ) |
| | ) |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from August 2, 2004, the date of the parties' initial status conference, through the final status conference, presently scheduled for September 27, 2004.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:

                                        /s/Donald L. Cabell
                                        DONALD L. CABELL
                                        Assistant U.S. Attorney