UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10164-DPW |
| | ) | |
| SHON ROWELL | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO
CONTINUE FINAL STATUS CONFERENCE

Defendant, with the assent of the United States, moves that this Court continue the Final Conference, presently scheduled for September 27, 2004, to October 18, 2004 at 2:30 p.m.  As reasons therefore, defendant states that within the past week the government has provided him with a number of items in discovery including heretofore unavailable reports and photographs. Defendant requires an additional period of time in order to review this new discovery.  The parties are thus unable to address the Final Status Conference issues as required by Loc. R. 116.5(C).

The parties further agree that the period commencing September 27, 2004 up to and including October 18, 2004 is excludable from calculations under the Speedy Trial Act as it is in the interests of justice to allow defendant to review discovery and determine whether dispositive motions should be filed.

Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN | SHON ROWELL |
| UNITED STATES ATTORNEY | By His Attorney, |
| | |
| /s/ Timothy Watkins o/b/o | /s/ Timothy Watkins |
| Donald L. Cabell | Timothy G. Watkins |
| Assistant United States Attorney | Federal Defender Office |
| United States Courthouse | 408 Atlantic Ave. 3rd Floor |
| Suite 9200 | Boston, MA  02110 |
| 1 Courthouse Way | Tel: 617-223-8061 |
| Boston, MA 02210 | |
| Tel: 617-748-3105 | |