UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 04-10164-DPW |
| SHON ROWELL | ) |
| | ) |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE AND EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the status conference, presently scheduled for October 18, 2004, to October 28, 2004, to accommodate counsel's schedule. The government further moves that the Court enter an order excluding the time period from October 18, 2004 to October 28, 2004. The undersigned has spoken with counsel for the defendant and he assents to the government's motion.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/Donald L. Cabell
    DONALD L. CABELL
    Assistant U.S. Attorney