**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. 04-10164-DPW |
| SHON ROWELL | ) |
| | ) |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from October 28, 2004 through the date of the final status conference, presently scheduled for December 7, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney