UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10164-DPW |
| | ) | |
| SHON ROWELL | ) | |

ASSENTED-TO MOTION TO
CONTINUE FINAL STATUS CONFERENCE

Defendant and the government jointly move that this Court continue the Final Status Conference, presently scheduled for February 9, 2005, to March 4, 2005 at 10:00 a.m. or as soon thereafter as is convenient to the Court. The parties also request that the Court reset the deadlines for dispositive motions and replies. As reasons therefore, the parties state the following:

1. This Court established a final status conference for February 9, 2005 and set a deadlines for the filing of dispositive motions and answers thereto.

2. Counsel for defendant was unable, until recently, ,to complete the factual investigation necessary to file the motion. Counsel's attention to this matter has been distracted, primarily because of unanticipated increase in case assignments in the Federal Defender Office as a result of work assigned from attorneys on leave and preparing for leave.

4.  Defendant is therefore requesting an additional week to file a motion to suppress.

5.  Defendant requests that the Court set February 16, 2005 as the date by which defendant must file dispositive motions and set February 30, 2005 as the date by which the government should reply.

7.  The parties agree that the period commencing February 9, 2005 up to and including the rescheduled Final Status Conference is excludable from calculations under the Speedy Trial Act to allow the filing of dispositive motions.


Assented to:                        Respectfully submitted,

MICHAEL SULLIVAN                    SHON ROWELL
UNITED STATES ATTORNEY              By His Attorney,


/s/ Timothy Watkins o/b/o           /s/ Timothy Watkins
Donald L. Cabell                    Timothy G. Watkins
Assistant United States             Federal Defender Office
Attorney                            408 Atlantic Ave. 3rd Floor
United States Courthouse            Boston, MA  02110
Suite 9200                          Tel: 617-223-8061
1 Courthouse Way
Boston, MA 02210
Tel: 617-748-3105