**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CR. NO. 04-10164-DPW | |
| SHON ROWELL ) | |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE AND EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the Court continue the status conference, presently scheduled for March 3, 2005, to March 15, 2005, at 2:30 p.m., to accommodate conflicts in counsels' schedules.  The government further moves that the Court enter an order excluding the time encompassed by the continuance.  The undersigned has spoken with counsel for the defendant and he assents to the government's motion.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                          By:

                                                /s/Donald L. Cabell
                                                DONALD L. CABELL
                                                Assistant U.S. Attorney