# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10164-DPW

UNITED STATES OF AMERICA

v.

SHON ROWELL

## *FINAL STATUS REPORT*

March 29, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with being a felon in possession of ammunition, was returned on May 26, 2004;

2. The defendant was arraigned on the Indictment on June 16, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately eight witnesses and that the trial would last approximately four days;

    5. Defense counsel has indicated that a motion to suppress will be filed by April 20, 2005. The government will file a response by May 6, 2005.

    6. As of the date of this Final Status Report, time has been excluded through May 6, 2005;

    7. This case is hereby returned to the district judge to whom this case is assigned.

                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge