UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) CR. NO. 04-10164-DPW | |
| SHON ROWELL ) | |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding two periods of time. The first is from December 7, 2004 to March 29, 2005, the time from the originally scheduled date of the parties' final status conference, to the date it was held. The second is the time period from March 29, 2005 to May 6, 2005, the date on which the government's responses to the defendant's dispositive are due.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney