# EXHIBIT B

# BOSTON POLICE INCIDENT REPORT

ORIGINAL ☒  SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO | REPORT DIST. | CLEARANCE DIST |
|---|---|---|---|---|
| OTHERS | | 040104456 | B2 | |
| TYPE OF INCIDENT | CRIME CODE | STATUS | DATE OF OCCUR. | B. |
| A D/W | 0 | | A.03/01/04 | |
| LOCATION OF INCIDENT | | APT. | DISPATCH TIME | TIME OF OCCUR. | B. |
| 25 WAYNE ST | | 9 | 04:18 AM | A.04:15 AM | |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| KNOWN TO COMMONWEALTH | | | | |

| ADDRESS | APT. | OCCUPATION | AGE | D.O.B. |
|---|---|---|---|---|
| | | | 0 | |

| PERSON REPORTING | ADDRESS | APT. | PHONE |
|---|---|---|---|
| PO BRIAN SMIGIELSKI | 135 DUDLEY STREET, ROXBURY, MA, 02119-0000 | B-2 | (617)-343-4270 |

WAS THERE A WITNESS TO THE CRIME — A ☒ YES ☐ NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| SANTIAGO, JACQUELINE | 0 | DISTRICT STATION | | 52 BROOK AVE, DORCHESTER, MA, 02124-0000 | | (000)-000-0000 | RES BUS |

NUMBER OF PERPETRATORS : 1 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME — B ☒ YES ☐ NO

**PERSONS**

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| ARRESTED | ROWELL, SHON | 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 | 20040063102 | | |

| WARRANT NO. | ADDRESS | SEX | RACE | AGE | HEIGHT | DOB |
|---|---|---|---|---|---|---|
| | 74 HOPE ST, MATTAPAN, MA, 02126-0000 | MALE | BLACK NON-HISPANIC | 34 | 5-06 | 1/17/1970 |

| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | 117 | SLIM | BLACK | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED — C ☐ YES ☒ NO

**VEHICLES**

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR | VEHICLE NO. | | STYLE | COLOR(TOP-BOTTOM) | |
| OPERATOR'S NAME | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS |
| OWNERS'S NAME | | | OWNERS'S ADDRESS | | |

CAN PROPERTY BE IDENTIFIED — D ☐ YES ☒ NO

**PROPERTY**

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|

IS THERE A SIGNIFICANT M.O. — E ☒ YES ☐ NO

**M O**

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY |
|---|---|---|---|
| HANDGUN | COMMERCIAL & RESIDENTIAL | RESIDENTIAL APT | N/A |
| WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY |
| CLEAR | ARTIFICIAL | FOOT | KNOCKING ON DOOR |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM |
| | | | UNKNOWN |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) — F ☒ YES ☐ NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) — G ☒ YES ☐ NO

| BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION |
|---|---|
| | ABOUT 4:18AM, MONDAY MARCH 1, 2004 OFFICERS SMIGIELSKI AND FARRELL IN THE BK02A UNIT ALONG WITH THE B432A UNIT RESPONDED TO A RADIO CALL FOR A PERSON WITH A GUN AT 25 WAYNE STREET APARTMENT #9. ON ARRIVAL, OFFICERS SPOKE TO THE VICTIM WHO STATED THAT HE WENT TO 25 WAYNE STREET, APARTMENT #9 IN AN ATTEMPT TO LOCATE HIS EX-GIRLFRIEND LATER IDENTIFIED AS KIET "BUTTER" LARKINS. VICTIM STATED THAT HE KNOCKED ON THE DOOR AND CALLED HER NAME. VICTIM FURTHER STATED THAT SUSPECT, KNOWN TO THE VICTIM AS "ROB", OPENED THE DOOR AND INFORMED HIM HIS GIRLFRIEND WAS NOT THERE. AT THAT TIME, SUSPECT (LATER IDENTIFIED AS SUSPECT ROWELL) PRODUCED A BLACK HANDGUN, POINTED IT AT THE SUSPECT AND TOLD HIM TO "GET THE FUCK OUT OF HERE". VICTIM FLED THE APARTMENT BUILDING AND CALLED 911. VICTIM FURTHER STATED TO OFFICERS THAT SUSPECT WAS STILL IN APARTMENT #9. OFFICERS IMMEDIATELY WENT TO APARTMENT #9 INSIDE 25 WAYNE STREET, KNOCKED ON THE DOOR AND ANNOUNCED THEIR OFFICE. AN UNKNOWN MALE INFORMED OFFICERS THAT HE DID NOT LIVE THERE AND WOULD NOT OPEN THE DOOR. OFFICERS, ALONG WITH THE B911 SERGEANT FRANGIE CONTINUED TO PERSUADE THE UNKNOWN MALE TO OPEN THE DOOR. NUMEROUS OTHER B-2 UNITS RESPONDED AND SET UP A PERIMETER. THE UNKNOWN BLACK MALE CONTINUED TO YELL AT OFFICERS REFUSING TO OPEN THE DOOR. SERGEANT FRANGIE, UNAWARE OF THE SITUATION INSIDE THE APARMENT NOTIFIED OPERATIONS TO CONTACT THE BOSTON POLICE ENTRY TEAM. AS OFFICERS SECURED THE PERIMETER OF THE BUILDING AWAITING FURTHER INSTRUCTIONS, SUSPECT #1 ROWELL EXITED FROM APARTMENT #9 AND CONFRONTED THE B433A UNIT (MCNEIL) AND B416A UNIT (O'NEIL). AT THAT TIME, A VIOLENT STRUGGLED ENSUED AS BOTH OFFICERS AS WELL AS THE SUSPECT FELL DOWN THE STAIRS. SUSPECT CONTINUED TO STRUGGLE WITH OFFICERS IN AN ATTEMPT TO ESCAPE UNTIL FINALLY SUBDUED AND RESTRAINED. OFFICER SMIGIELSKI |

IMMEDIATELY ENTERED APARTMENT #9 AND PERFORMED A PROTECTIVE SWEEP AND OBSERVED ONE BLACK FEMALE, LATER IDENTIFIED AS WITNESS #1 SANTIAGO. PER SERGEANT FRANGIE, THE SCENE WAS TO BE SECURED PENDING THE ACQUISITION OF A SEARCH WARRANT. THE B980 SERGEANT GALLAGHER WAS NOTIFIED AND RESPONDED TO THE SCENE. WITNESS INFORMED OFFICERS THAT THE RIGHTFUL TENANTS TO THE APARTMENT WERE NOT HOME AT THE TIME. WITNESS STATED THAT KIET "BUTTER" LARKINS (3/5/72), HER COUSIN, WAS A TENANT AS WELL AS MICHELLE KENNEDY (1/14/71). WITNESS SANTIAGO STATED THAT LARKINS HAD GONE TO "GET A PACK OF CIGARETTES" AND KENNDEY WAS "IN A HOSPITAL". BOTH THE VICTIM, AND WITNESS SANTIAGO WERE TRANSPORTED TO AREA B-2 FOR FURTHER INVESTIGATION. SUSPECT ROWELL WAS TRANSPORTED TO AREA B-2. VICTIM, KNOWN TO THE COMMONWEALTH POSITIVELY IDENTIFIED SUSPECT ROWELL AS THE PERSON THAT DID POINT A FIREARM AT HIM. SUSPECT ROWELL WAS SUBSEQUENTLY CHARGED WITH ASSAULT BY MEANS OF A DANGEROUS WEAPON TO WIT FIREARM. THIS MATTER IS UNDER INVESTIGATION.

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| BK02A | 1 | BRIAN M SMIGIELSKI | | 11530 | 11522 | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | | | TELETYPE NO. |
|---|---|---|---|---|---|---|
| 03/01/04 | AREA B-2 | | | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY. SUP. ID |
|---|---|---|---|---|---|
| 08:02 AM | | | COLM P LYDON | | 8871 |