# EXHIBIT

```
DATE:           03/01/04
TIME:
LOCATION:       25 Wayne Street, Boston, Massachusetts

OPERATOR:       911, this line is recorded, what is your emergency?

UM:             Uh, yes, uh -- I don't want to give my name but I
                just came from my friend's house and he has
                somebody up there, he just pulled a gun out on me.

OPERATOR:       This person pulled a gun out on you?

UM:             Right.

OPERATOR:       Okay, and where was this at?

UM:             This was at 25 Wayne Street.

OPERATOR:       25 Wayne Street.

UM:             Apartment 9.  He's there right now.

OPERATOR:       Well, are you going to go back there and meet the
                police?

UM:             Well I -- I don't know.  I don't want it to be
                known that I'm the one, you know what I mean?

OPERATOR:       Well sir, there's no crime without -- without no
                victim.

UM:             I mean, but he's right there with the gun right
                now.  As we speak.  I just left.  I'm on Blue Hill.

OPERATOR:       Okay, well you need to go back to Wayne Street or
                meet the police somewhere.

UM:             All right, well I don't have to give my name or
                nothing, do I?

OPERATOR:       Well the police are going to have to talk to you so
                they're going to need to know who they're talking
                to.

UM:             I mean I'll let them talk to me, but I'm not --
                it's not like I'm going to go to court or anything,
                you know what I mean?

OPERATOR:       Why did he pull a gun on you?

UM:             Because uh -- I guess he didn't want me at the door
```

1

|           |                                                                                                                          |
|-----------|--------------------------------------------------------------------------------------------------------------------------|
|           | or whatever, you know what I'm saying?                                                                                   |
| OPERATOR: | And it was 25 Wayne Street, Apartment 9?                                                                                 |
| UM:       | Apartment 9.                                                                                                             |
| OPERATOR: | What's the guy's name that pulled the gun?                                                                               |
| UM:       | All I know is -- is Rob.  I don't know his last name.  Little, short guy.  Got on all dark blue.  Short haircut.  Dark-skinned. |
| OPERATOR: | You said he's dark-skinned?                                                                                              |
| UM:       | Dark-skinned and he's short.                                                                                             |
| OPERATOR: | He's short?                                                                                                              |
| UM:       | Yeah.                                                                                                                    |
| OPERATOR: | About how much does he weigh?                                                                                            |
| UM:       | Um -- probably about 120, 125.                                                                                           |
| OPERATOR: | And what was he wearing?                                                                                                 |
| UM:       | A blue sweater -- a dark blue sweater and blue jeans.                                                                    |
| OPERATOR: | Does he have any facial hair?                                                                                            |
| UM:       | Uh -- no.                                                                                                                |
| OPERATOR: | Any tattoos?                                                                                                             |
| UM:       | I don't know about tattoos or anything like that.                                                                        |
| OPERATOR: | Okay.  And he was inside?                                                                                                |
| UM:       | He's inside the apartment right now.                                                                                     |
| OPERATOR: | So will you go back there in front and meet the police?                                                                  |
| UM:       | Yep.                                                                                                                     |
| OPERATOR: | Okay.  How long will it take you to get there?                                                                           |
| UM:       | I'm right -- I'm at the corner of Wayne and Blue Hill right here at the pay phone.                                       |
| OPERATOR: | Okay.                                                                                                                    |

| | |
|---|---|
| UM: | All right. |
| OPERATOR: | All right. |
| OP 321: | 911, this line is recorded, Operator 321, what is the location of the emergency? |
| UF: | At 25 Wayne Street, there's a fight or something in the hallway of 25 Wayne Street, please come. |
| OP 321: | A fire? |
| UF: | No. A fight. |
| OP 321: | A fight. |
| UF: | A fight. Inside 25 Wayne Street, please come and take care of this problem. |
| OP 321: | Okay, I'm sending -- I'm sending them out. Do you know who's fighting? |
| UF: | No. It just started two minutes ago. Please come, it's an -- it's an emergency. Please. |
| OP 321: | Okay, we're sending them out. |
| UF: | It's in the hallway. |
| OP 321: | Okay. |
| UF: | Enter the building so they can stop the problem, please. |
| OP 321: | Okay -- do they need to -- do they need to get buzzed in there? |
| UF: | Huh? |
| OP 321: | Do they need to get buzzed into the hallway? |
| UF: | They need to go in the hallway and stop the fight because they -- |
| OP 321: | No, I'm asking -- are they going to need somebody to buzz them into the building? |
| UF: | The building -- the building's already open. The downstairs door -- |
| OP 321: | Okay, they're on their way out there, ma'am. |

3

| | |
|---|---|
| UF: | Thank you. Please stop the fight. |
| OP 321: | They're on their way. |
| UF: | Thank you. |
| OPERATIONS: | Bravo 432, Bravo K02. |
| U: | 2. |
| OPERATIONS: | Getting a call for a person with a gun at 25 Wayne Street. Let me just check out this text here real quick. |
| OPERATIONS: | Okay, yeah, that suspect should be inside of 25 Wayne Street. It's going to be a black male by the name of Rob, dark skin, short, approximately 120 lbs, should be wearing a dark blue sweater and jeans, pulled a gun out on the caller. |
| U: | Ma'am, do you have an age on him? |
| OPERATIONS: | No. Not -- not in this text here. Standby. |
| OPERATIONS: | Be advised it looks here like he -- this caller may be calling from a pay phone. It was the Ed Murray calling from 538 Blue Hill Ave. |
| U: | Okay ma'am, just -- just let anybody know going in there, a Robert Hextall fitting that description, he's up in that area. He lives up on Hutchings up back off of Elm Hill. |
| OPERATIONS: | That's a Rob Hextall that lives up on Hutchings behind Elm Hill? |
| OPERATIONS: | And the caller should be meeting you guys in front of 25 Wayne Street. |
| OPERATIONS: | I couldn't get an age on that suspect and, again, that guy was calling from a pay phone so I couldn't even do a call back. |
| U: | Do we know what number Hutchings? |
| OPERATIONS: | Uh -- units, does anybody know what number |

4

|  |  |
|---|---|
|  | Hutchings? |
| B453: | 453. I'm down at that gas station, there's no one out here. |
| OPERATIONS: | 453, I have that. He should be over -- he said he was going to meet the officers in front of 25 Wayne Street. He thinks that that suspect had gone into apartment 9. |
| B433: | 433. I'm with the victim right here. The caller. |
| OPERATIONS: | Great, where do you have him? |
| B433: | Wayne and Maple. |
| OPERATIONS: | Wayne and Maple, I have it. |
| U: | What was the description again? |
| OPERATIONS: | It was going to be a dark-skinned black male, approximately 120 lbs, should have been wearing a dark blue sweater and jeans. First name Rob. |
| U: | No mention of a hat? |
| OPERATIONS: | No, no mention of a hat. |
| B433: | K02. |
| OPERATIONS: | 2. |
| B433: | This is Bravo 433. K02, I've got the victim, he says the guy living in apartment 9, his name's Rob, and he did show a firearm. |
| OPERATIONS: | Okay units, use caution, apparently this suspect did show a firearm and is supposed to be in apartment 9. |
| 416: | 416 is out at 25 Wayne. |
| OPERATIONS: | 416, I'm sorry -- you're at Wayne Street? You guys are stepping on each other. 416, you're on Wayne Street? |
| 416: | 416, I'm on Wayne Street. |
| OPERATIONS: | Acknowledged. Somebody else calling in? |

5

| | |
|---|---|
| BK02: | Bravo K02. |
| OPERATIONS: | K02. |
| BK02: | Yeah, can we have a PS to channel 9, please? |
| OPERATIONS: | Bravo PS up to 9, please. |
| OPERATIONS: | Bravo PS monitoring. |
| U: | I'm going up. |
| OPERATIONS: | Bravo K02, you have the Bravo 901 on 9. |
| OPERATIONS: | Bravo K02? |
| BK02: | Sorry. |
| OPERATIONS: | Where did you want the 901? On 7 or 9? |
| BK02: | I have him here, ma'am. |
| OPERATIONS: | Okay, great. |
| U: | 53 out in front, I've got the male and female just came out of the back, are there any units out front? |
| OPERATIONS: | Let's get a unit outside in the front. |
| U: | 53 all set, I've got the wagon with me. |
| U: | Who has our victim? |
| OPERATIONS: | The 433 -- you still have him? |
| B433: | 33, he's in my car up on Maple. |
| OPERATIONS: | How are you guys making out on Wayne Street? |
| B911: | Bravo 911, give us some time. |
| T531: | Tango 531, take me off at Wayne Street as well. |

| | |
|---|---|
| B416: | Bravo 416, we need some help up here. |
| OPERATIONS: | I need some more units to head over to 25 Wayne Street. |
| OPERATIONS: | 416, what do you have going on?  Bravo 416? |
| B416: | (Unintelligible) got a gun up here. |
| OPERATIONS: | All right, suspect with a gun, 25 Wayne Street.  I need 103 and 201 to head in there as well. |
| B103: | 103, we're en route. |
| B201: | Back en route |
| U: | Call it off, we're under control. |
| OPERATIONS: | Okay, so you guys are all set at 25 Wayne?  Units heading to 25 Wayne can slow it down. |
| OPERATIONS: | Operations to any of those units on 25 Wayne, you guys all set? |
| B416: | 25 Wayne, we're all set. |
| U: | Bravo 433, go up to 7. |
| U: | Bravo 433, go up to 7. |
| OPERATIONS: | Bravo 433, go up to 7. |
| B433: | Bravo 433, you calling? |
| OPERATIONS: | Can you go to 7? |
| B433: | Okay. |
| B433: | (Unintelligible) to 7.  103 back up. |
| 103: | Okay. |