# EXHIBIT

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10164-DPW |
| ) | |
| SHON ROWELL ) | |

AFFIDAVIT OF WINFRED MEADOWS-MARQUEZ IN SUPPORT OF
DEFENDANT'S MOTION TO SUPPRESS

I, Winfred Meadows-Marquez, do hereby depose and state the following:

1. I am an investigator employed by the Federal Defender Office for the District of Massachusetts. I have been so employed since 1999. I am admitted to the practice of law in Massachusetts and Puerto Rico.

2. I assisted in interviewing Terrence Phillips, d/o/b 4/19/68, on two occasions. The first was on September 8, 2004 at the South Bay House of Correction, where Phillips was then serving a sentence. The second was on January 24, 2005 at a Prerelease center located at 107 Park Drive in Boston.

3. The interviews focused on the events of the early morning hours of March 1, 2004. Phillips related the following:

**PHILLIPS' STATEMENTS**

4. Phillips stated that on March 1, 2004 he was leaving 25 Wayne St. after attempting to meet his friend, "Butter" Larkins.

5. When Phillips left the building, he saw a police cruiser outside. He tried to walk away from the building and the police.

6. The police grabbed Phillips. They asked him if he had a gun and other questions, including his name. He told them he didn't have a gun, but did not give them his name.

7. The police handcuffed Phillips, put him inside a cruiser, and continued questioning him. He still refused to give his name. He saw other police cruisers arriving throughout his questioning.

8. Shortly after that, the police took him down against his will to the Dudley St. police station. While there, Phillips eventually told them his name.

## PHILLIPS' DENIAL THAT HE WAS THE CALLER ON THE PAYPHONE

9. During the first interview, Phillips was asked whether he had called the police on the telephone to report being assaulted by a man with a gun at 25 Wayne St. Phillips repeatedly denied calling the police, and reiterated that the first time he talked to the police was when he walked out of the building at 25 Wayne St.

10. During the second interview, Phillips listened to a tape of a 911 call made shortly before the arrest of Shon Rowell. Phillips was also given a transcript of the call. After listening to the tape and reading the transcript, Phillips repeatedly and vehemently denied that he was the person who made the telephone call that was on the tape. He also again reiterated that he did not meet or call police until they grabbed him and put him into a police cruiser.

## SUBSEQUENT ATTEMPTS TO CONTACT PHILLIPS

12. On January 31, 2005 I traveled again to the Prerelease on Park Dr. to meet with Phillips and take a sworn statement from him. On arrival, the manager of the house stated that Phillips no longer wanted to speak to us.

Signed under pains and penalties of perjury this 29th day of April, 2005.

_____
Winfred Meadows-Marquez