# EXHIBIT
# E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )        CRIMINAL NO. 04-10164-DPW
)
SHON ROWELL )

AFFIDAVIT OF SHON ROWELL IN SUPPORT OF
DEFENDANT'S MOTION TO SUPPRESS

I, Shon Rowell, do hereby depose and state the following:

1.    In the early morning hours on March 1, 2004, I was a guest at 25 Wayne St., Apartment #9, in Dorchester.

2.    I heard somebody knocking at the door asking for "Rob." The owner of the apartment was not there, so I did not open the door to let the people in. The person outside kept saying he was "Mike" looking for "Rob." I told them repeatedly that there was no Rob in the apartment and that I would not let them in.

3.    After awhile, the people told me they were police officers. I still did not let them in because I wasn't the owner and I was afraid about who was actually out there. I told them I did not have the authority to let them in.

4.    Some minutes later, I decided to leave 25 Wayne St. When I opened the door I saw at least ~~two~~ six police officers with their guns drawn. The moment I opened the door the officer closest to me grabbed me and told me to get down on the floor.

5.    Other officers tackled me and put handcuffs on me. They took me down three flights of stairs and put me into a cruiser. I was taken to the police station.

Signed under pains and penalties of perjury this ___ day of

March, 2005.

3-18-05

_____
Shon Rowell