```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO. 04-10164-DPW |
| )            | |
| SHON ROWELL  ) | |
| )            | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE**
**TO FILE OPPOSITION LATE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves for leave to file this day its response to the defendant's motion to suppress. The government's opposition was due on May 16, 2005, but the government required additional time to locate and interview individuals connected to the motion. Further, the government mistakenly believed it had filed its opposition electronically on or about May 17, 2005, and learned only recently from reviewing the docket sheet that the attempted filing was not successful. The government has spoken to the defendant's counsel and he assents to the government's motion.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                          By:

                                    /s/Donald L. Cabell
                                    DONALD L. CABELL
                                    Assistant U.S. Attorney