AO 443    (Rev. 5/85) Warrant for Arrest of Witness

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

SHON ROWELL

**WARRANT FOR ARREST OF WITNESS**

Case Number:    04CR10164-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **TERRANCE PHILLIPS**
                                         Name

and bring this witness forthwith before the District Court    **BOSTON**
                                                              City

for the reason that the witness failed to appear after having been served with a subpoena to appear in this case.

YOU ARE FURTHER COMMANDED to detain the witness in custody until the witness is discharged by the

ORDERED BY

Hon. Douglas P. Woodlock                         United State District Judge
Name of Issuing Officer                          Title of Issuing Officer

/s/ Douglas P. Woodlock                          6/15/2005 at, Boston, Massachusetts
Signature of Issuing Officer                     Date and Location

By) Deputy Clerk

Bail fixed at $ _____
                                                 Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above-named witness.

| TE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| E OF ARREST | | |