AO 443 (Rev. 5/85) Warrant for Arrest of Witness

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

SHON ROWELL

**WARRANT FOR ARREST OF WITNESS**

Case Number: 04CR10164-DPW

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JUN 15 P 1:28

YOU ARE HEREBY COMMANDED to arrest _____ TERRANCE PHILLIPS _____
                                                Name

and bring this witness forthwith before the District Court _____ BOSTON _____
                                                                     City

for the reason that the witness failed to appear after having been served with a subpoena to appear in this case.

YOU ARE FURTHER COMMANDED to detain the witness in custody until the witness is discharged by the

ORDERED BY

Hon. Douglas P. Woodlock                          United State District Judge
Name of Issuing Officer                            Title of Issuing Officer

_[signature]_                                      6/15/2005 at, Boston, Massachusetts
Signature of Issuing Officer                       Date and Location

(By) Deputy Clerk

Bail fixed at $ _____
                                                   Name of Judicial Officer

| RETURN |
|---|
| WARRANT EXECUTED BY _[signature]_ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/16/05 |
| This warrant was received and executed with the arrest of the above-named witness. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |