AO 187 (Rev. 7/87) Exhibit and Witness List

*Suppression Hearing*

# United States District Court
### DISTRICT OF MASSACHUSETTS

US v. Shon Rowell

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04CR10164

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Cabell | Watkins |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Pam Owens | Lynne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6-15-05 | | | Brian Smigielski (BPD) |
| ✓ | | " | F | ✓ | Incident Report - Boston Police Dept |
| ✓ | | " | C | ✓ | Transcript of dispatch voice recording |
| ✓ | | " | G | ✓ | Map |
| ✓ | | " | H | ✓ | Diagram of 3rd floor Interior Hallway |
| | ✓ | " | B | ✓ | Report |
| ✓ | | " | | | Jacqueline Santiago |
| ✓ | | " | | | Mary Ann O'Neill (BPD) |
| ✓ | | " | | | Special Agent Lisa Rudnicki |
| ✓ | | " | | | Roland Robinson (BPD) |
| ✓ | | 6-17-05 | | | Richard McNeill (BPD) |
| ✓ | | " | | | Gus Frangu (BPD) |
| ✓ | | " | | | Gregory Gallagher (BPD) |
| ✓ | | " | | | Meadows Marques |
| ✓ | | 6/20/05 | | | Terrance Phillips |

...ude a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     Pages