UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10164-DPW |
| ) | |
| SHON ROWELL ) | |

DEFENDANT'S ASSENTED-TO MOTION
FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM LATE

Defendant, Shon Rowell, moves that this Court grant leave to file his Supplemental Memorandum of Law in Support of Motion to Suppress late.  The memorandum has been filed this day.

As support for this Motion, the defendant through counsel states the following:

1.  The defendant is charged with being a felon-in-possession of a firearm in violation of 18 U.S.C. 922(g).  The defendant faces the possibility of a fifteen year minimum sentence under the Armed Career Criminal Act.

2.  After evidentiary hearings held over the course of three days, the Court ordered further briefing.  The Court ordered the government to file its supplemental memorandum by July 1, 2005 and the defendant to reply by July 8, 2005.

3.  Undersigned counsel, in his press to clear up several outstanding matters before a previously-scheduled family vacation, was unable to file the motion before leaving on July 6, 2005.

4.  The filing of defendant's memorandum was further delayed by counsel's inability to secure an internet connection through which to file the memorandum in rural Ontario, Canada.

5.  This Court has scheduled an argument hearing for July 25, 2005, twelve days hence.  A trial date has already been set.  Thus, allowing the defendant to file the memorandum late will not significantly further delay trial in this matter.

>                               SHON ROWELL,
>                               By His Attorney:
>
>
>                               /s/ Timothy Watkins
>                               Timothy Watkins
>                                B.B.O. #567992
>                               Federal Defender Office
>                               408 Atlantic Ave., Third Floor
>                               Boston, MA  02110
>                               (617) 223-8061

July 13, 2005