UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10164-DPW |
| ) | |
| SHON ROWELL ) | |

COURT ORDER RE: SUBPOENAS

    The Court hereby orders the Keeper of the Records of any and all Veteran's Administration Hospitals to comply with the attached subpoena as it is an order of the Court and to produce, under seal for in camera review, the records described in the attached subpoena to Deputy Clerk Thomas Quinn no later than 9:00 a.m. on August \_\_\_, 2005.

Date:_____        _____
                                            Judith G. Dein
                                            United States Magistrate Judge