**FEDERAL DEFENDER OFFICE**

DISTRICT OF MASSACHUSETTS

408 ATLANTIC AVENUE, 3RD FLOOR

**BOSTON, MASSACHUSETTS 02110**

TELEPHONE: 617-223-8061

(FAX) 617-223-8080

August 15, 2005

Mr. Thomas Quinn, Courtroom Clerk
Hon. Judith G. Dein
United States District Court Magistrate Judge
One Courthouse Way
Boston, MA 02210

            Re: <u>United States v. Shon Rowell</u>
                No. 04-10164-DPW

Dear Mr. Quinn:

     Shortly after electronically filing defendant's Emergency
Motion to Order Witnesses to Provide Names and Addresses of
Treatment Providers I realized that I had neglected to attach a
discovery letter to which I had referred in the Motion.  I have
attached it to this letter.

     Thank you for your consideration in this matter.  Please
feel free to call me with any questions you may have.

                    Sincerely,


                    /s/ Timothy G. Watkins
                    Timothy G. Watkins


encl.