UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>) CR. NO. 04-10164-DPW<br>SHON ROWELL )<br>) | |

**<u>GOVERNMENT'S ASSENTED-TO MOTION FOR A RULE 11 HEARING</u>**

Following discussions between the parties, the government understands that the defendant intends to plead guilty to a superseding information charging him with possession of a stolen firearm and ammunition, in violation of 18 U.S.C. §922(j). Upon entry of judgment on this count, the government would dismiss the original indictment. Accordingly, the United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court convert the trial date in this case, August 22, 2005, to a Rule 11 hearing on the single count contained in the anticipated superseding information.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney