UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | CRIMINAL NO. 04-10164-DPW |
|  | ) | |
| SHON ROWELL | ) | VIOLATION: |
|  | ) | 18 U.S.C. § 922(j)- |
|  | ) | Possession of Stolen |
|  | ) | Firearm and Ammunition |

<u>SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>:    (18 U.S.C. § 922(j) -- Possession of
                   Stolen Firearm and Ammunition)

The United States Attorney charges that:

On or about March 1, 2004, at Boston, in the District of Massachusetts,

SHON ROWELL

the defendant herein, did receive, possess, conceal, store, barter, sell, and dispose of a stolen firearm and ammunition, which has been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearm and ammunition was stolen, to wit: a Smith and Wesson Model 69, 9mm handgun, bearing the serial number A352194, and 9 rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(j).

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                   By:  /s/ Donald L. Cabell
                                        _____
                                        DONALD L. CABELL
                                        Assistant U.S. Attorney

August 19, 2005
```

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** II   **Investigating Agency** ATF

**City**   Boston   **Related Case Information:**

**County**   Suffolk   Superseding Ind./ Inf.   XXXXXX   Case No.   04-10164-DPW
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   MJ-04-809MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Shon Rowell           Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: 1979   SS#: 8706   Sex: M   Race: Black   Nationality: American

Defense Counsel if known:   Timothy Watkins   Address: Federal Defender Office
                                                    408 Atlantic Ave., 3rd floor, Boston

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Donald L. Cabell           Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

Arrest Date:   April 8, 2004

☒ Already in Federal Custody as   of April 8, 2004   in   Plymouth County Corr. Ins.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 19, 2005       Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Shon Rowell

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(j) | Possession of Stolen Firearm and Ammo | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   ATF

shon rowell superseding information js45.wpd - 3/13/02