UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10164-DPW |
| ) | |
| SHON ROWELL ) | VIOLATION: |
| ) | 18 U.S.C. § 922(j)- |
| ) | Possession of Stolen |
| ) | Firearm and Ammunition |

## WAIVER OF INDICTMENT

Defendant Shon Rowell, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
SHON ROWELL

_____
Timothy Watkins, Esq.
Attorney for Defendant

Date: August 22, 2005

Received Douglas P. Woodlock
U.S.D.J.
August 22, 2005